# United States Bankruptcy Court
## Southern District of Florida

In re  __Onelia Jaime Cruz_____  Case No. _____
                                  Debtor(s)                      Chapter  _13_

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

[ ]   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. ____)

[ ]   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

[ ]   Copies of all payment advices **are not** attached because the debtor:
    ☐    receives disability payments
    ☐    is unemployed and does not receive unemployment compensation
    ☐    receives Social Security payments
    ☐    receives a pension
    ☐    does not work outside the home
    ☐    is self-employed and does not receive payment advices

[ ]   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
      Explain: _____

**Joint Debtor (if applicable):**

[ ]   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. ____)

[ ]   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

[ ]   Copies of payment advices **are not** attached because the joint debtor:
    ☐    receives disability payments
    ☐    is unemployed and does not receive unemployment compensation
    ☐    receives Social Security payments
    ☐    receives a pension
    ☐    does not work outside the home
    ☐    is self-employed and does not receive payment advices

[ ]   None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
      Explain: _____

NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).

/s/ Onelia Jaime Cruz                                                           Date: 04/18/2025
Onelia Jaime Cruz
Signature of Attorney or Debtor

Company Code    Loc/Dept    Number    Page
RA/4XQ 22294077    01/CGW02    8338018    1 of 1
CORAL GATE WEST CONDOMINIUM ASSOCIA
Attn Club House
Hialeah, FL 33015

# Earnings Statement

**ADP**

Period Starting:    03/17/2025
Period Ending:    03/30/2025
Pay Date:    04/04/2025

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal:    Std W/H Table
 State:    0
 Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:    0.00 Addnl
 State:
 Local:

Onelia Jaime Cruz
6860 West 10th Avenue
Hialeah, FL 33014

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 80.00 | 1040.00 | 6552.00 |
| Overtime | | | 0.00 | 312.00 |
| Vacation | | | 0.00 | 520.00 |
| Gross Pay | | | $1,040.00 | $7,384.00 |

| Statutory Deductions | | | this period | year to date |
|---|---|---|---|---|
| Federal Income | | | -46.40 | 337.28 |
| Social Security | | | -64.48 | 457.81 |
| Medicare | | | -15.08 | 107.07 |
| Net Pay | | | $914.04 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 520.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1089 | XXXXXXXXX | 914.04 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,040.00

CORAL GATE WEST CONDOMINIUM ASSOCIA
Attn Club House
Hialeah, FL 33015

Pay Date:    04/04/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | xxxxxx1089 | XXXXXXXXX | 914.04 |

Onelia Jaime Cruz
6860 West 10th Avenue
Hialeah, FL 33014

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA/4XQ 22294077 | 01/CGW02 | 8293016 | 1 of 1 |

CORAL GATE WEST CONDOMINIUM ASSOCIA
Attn Club House
Hialeah, FL 33015

## Earnings Statement 

Period Starting:  03/03/2025
Period Ending:    03/16/2025
Pay Date:         03/21/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Onelia Jaime Cruz
6860 West 10th Avenue
Hialeah, FL 33014

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 80.00 | 1040.00 | 5512.00 |
| Overtime | | | 0.00 | 312.00 |
| Vacation | | | 0.00 | 520.00 |
| Gross Pay | | | $1,040.00 | $6,344.00 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -46.40 | 290.88 |
| Social Security | | -64.48 | 393.33 |
| Medicare | | -15.08 | 91.99 |
| Net Pay | | $914.04 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 440.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1069 | XXXXXXXXX | 914.04 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,040.00

CORAL GATE WEST CONDOMINIUM ASSOCIA
Attn Club House
Hialeah, FL 33015

Pay Date:    03/21/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1069 | XXXXXXXXX | 914.04 |

Onelia Jaime Cruz
6860 West 10th Avenue
Hialeah, FL 33014

```
SEQ 000251
Company Code    Loc/Dept    Number    Page
RA / 4XQ 22294077   01/CGW02   8247496   1 of 1
        CORAL GATE WEST CONDOMINIUM ASSOCIA
        Attn Club House
        Hialeah, FL 33015
```

## Earnings Statement 

Period Starting: 02/17/2025
Period Ending:   03/02/2025
Pay Date:        03/07/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Onelia Jaime Cruz
6860 West 10th Avenue
Hialeah, FL 33014

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 80.00 | 1040.00 | 4472.00 |
| Overtime | | | 0.00 | 312.00 |
| Vacation | | | 0.00 | 520.00 |
| Gross Pay | | | $1,040.00 | $5,304.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.40 | 244.48 |
| Social Security | -64.48 | 328.85 |
| Medicare | -15.08 | 76.91 |
| Net Pay | $914.04 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 360.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1069 | XXXXXXXXX | 914.04 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,040.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE TO TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CORAL GATE WEST CONDOMINIUM ASSOCIA
Attn Club House
Hialeah, FL 33015

Pay Date: 03/07/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1069 | XXXXXXXXX | 914.04 |

THIS IS NOT A CHECK

Onelia Jaime Cruz
6860 West 10th Avenue
Hialeah, FL 33014



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

U03164251

```
SEQ 000310
Company Code       Loc/Dept   Number    Page
RA / 4XQ 22294077  01/CGW02   8201226   1 of 1
          CORAL GATE WEST CONDOMINIUM ASSOCIA
          Attn Club House
          Hialeah, FL 33015
```

# Earnings Statement

**ADP**

Period Starting:  02/03/2025
Period Ending:    02/16/2025
Pay Date:         02/21/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

**Onelia Jaime Cruz**
**6860 West 10th Avenue**
**Hialeah, FL 33014**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular  | 13.0000 | 64.00 | 832.00 | 3432.00 |
| Overtime |         |       |   0.00 |  312.00 |
| Vacation | 13.0000 | 16.00 | 208.00 |  520.00 |
| **Gross Pay** | | | **$1,040.00** | **$4,264.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income  | -46.40 | 198.08 |
| Social Security | -64.48 | 264.37 |
| Medicare        | -15.08 |  61.83 |
| **Net Pay** | **$914.04** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 64.00 | 280.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1069 | XXXXXXXXX | 914.04 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,040.00

© 1998, 2006. ADP, INC  All Rights Reserved.

▼ TEAR HERE

```
SEO 000319
Company Code     Loc/Dept    Number    Page
RA / 4XQ 22294077  01/CGW02  8111087  1 of 1
CORAL GATE WEST CONDOMINIUM ASSOCIA
Attn Club House
Hialeah, FL 33015
```

# Earnings Statement 

Period Starting: 01/06/2025
Period Ending: 01/19/2025
Pay Date: 01/24/2025

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

**Onelia Jaime Cruz**
**6860 West 10th Avenue**
**Hialeah, FL 33014**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 80.00 | 1040.00 | 1872.00 |
| Overtime | | | 0.00 | 312.00 |
| Gross Pay | | | $1,040.00 | $2,184.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.40 | 105.28 |
| Social Security | -64.48 | 135.41 |
| Medicare | -15.08 | 31.67 |
| Net Pay | | $914.04 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 160.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1069 | XXXXXXXXX | 914.04 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,040.00

ADP

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CORAL GATE WEST CONDOMINIUM ASSOCIA
Attn Club House
Hialeah, FL 33015

Pay Date: 01/24/2025

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1069 | XXXXXXXXX | 914.04 |

Onelia Jaime Cruz
6860 West 10th Avenue
Hialeah, FL 33014